**FILED**
January 06, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **JUVENCIO SALAZAR PUENTES,** § | |
| Petitioner, § | |
| v. § | **CIVIL NO. SA-25-CV-1772-OLG** |
| **PAMELA J. BONDI** *et al.*, § | |
| Respondents. § | |

## ORDER

Pending before the Court is the status of this habeas proceeding, which Petitioner Juvencio Salazar Puentes initiated on December 17, 2025. *See* Dkt. No. 1. That same day, the Court ordered Respondents to respond to the Petition. *See* Dkt. No. 3. However, because this proceeding appeared to turn on whether Petitioner is a detainee subject to § 1225(b) or § 1226(a), the Court ordered Respondents to consider its prior orders and "identify any material differences that exist between the facts in this case and those presented in those cases." Dkt. No. 3 at 2. On January 5, 2026, Respondents filed their response, which does not consider the cases referenced by the Court or identify any material differences between this case and those cases. *See* Dkt. No. 9.

**IT IS THEREFORE ORDERED** that, within **three days**, Respondents shall comply with the Court's **prior order** by submitting an advisory **considering the Court's prior orders and identifying any material differences between this case and those cases**.

**SIGNED** this 6th day of January, 2026.

_____
ORLANDO L. GARCIA
United States District Judge